# 24-7157

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

EPOCH EVERLASTING PLAY, LLC and AMAZON.COM SERVICES LLC

*Defendants-Appellants.*

*Against*

WILLIENE JACKSON-JONES et al.,

*Plaintiff-Appellee,*

Appeal from the United States District Court
For the Central District of California
2:23-cv-02567-ODW
Hon. Otis D. Wright, II

**MOTION OF ANITA MEDAL, ESTHER YOO, GAYLE HAYES AND ANTOINETTE STANIEWICZ FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF-APPELLEE AND IN SUPPORT OF AFFIRMANCE OF THE DECISION BELOW**

George F. Carpinello
Adam R. Shaw
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 12th Floor
Albany, New York 12207
(518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

Maia Kats
JUST FOOD LAW PLLC
5335 Wisconsin Avenue, NW, Ste. 440
Washington, DC 20015
(202) 243-7910
maiakats@justfoodlaw.com

Counsel for proposed *Amici Curiae*

March 14, 2025

## INTRODUCTION

Proposed *Amici Curiae* move pursuant to Federal Rule of Appellate Procedure 29(a)(2), for an order granting permission to file an *amicus curiae* brief in this matter. Proposed *Amici* are current or proposed plaintiffs in an action entitled *Li v. Amazon.com Services, LLC*, No. 2:23-cv-01975-JHC, pending in the Western District of Washington. In that action *Amici* allege that Amazon promotes and sells products designated as dietary supplements in violation of the Federal Food, Drug, and Cosmetics Act, and which are inherently unlawful and banned from interstate commerce under both federal and California law.

Plaintiff-Appellee consents to the filing of this brief and Defendants-Appellants take no position with regard to *Amici*'s motion at this time.

## I. This Appeal Implicates *Amici*'s Interests.

*Amici*, like plaintiff in this action, are seeking relief on behalf of themselves and similarly-situated individuals for monetary and injunctive relief because of damages they suffered from buying illegal products, specifically banned and inherently illegal, unapproved drug products. They seek to file an amicus brief to address a specific argument Appellants made in the district court and again on appeal. Specifically, Appellants challenge the holding of the district court in this action to the effect that a plaintiff may pursue a damages model based upon a full refund of the purchase price if the product sold by the defendant is illegal. This issue

1

is central to *Amici*'s action, which also seeks to require Amazon to return to each member of the proposed class the purchase price of the banned and illegal products sold as dietary supplements. *Amici* claim that, because the products are banned and illegal, a full refund should be provided to each member of the class who purchased them.

II.     ***Amici*'s Brief Will Aid the Court with Regard to the Issue of Whether a Full Refund is Appropriate Under Applicable California Law.**

*Amici's* brief addresses Appellants' argument that a full refund damages model is not appropriate, even for a banned product or substance, because that product has a "residual value" based upon the simple fact that the children who use the toy at issue here enjoyed using, and used, the product. *Amici* will show that such a claim is inconsistent with well-established California law which holds that illegal products have no inherent value.

## CONCLUSION

For the foregoing reasons proposed *Amici* respectfully request that their motion to file their *amicus curiae* brief herein be granted.

Dated: March 14, 2025                   Respectfully submitted,

/s/ George F. Carpinello
George F. Carpinello
Adam R. Shaw
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 12th Floor
Albany, New York 12207

2

(518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

Maia Kats
JUST FOOD LAW PLLC
5335 Wisconsin Avenue, NW, Ste. 440
Washington, DC 20015
(202) 243-7910
maiakats@justfoodlaw.com

Counsel for proposed *Amici Curiae*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 29(a)(4) and 32(g)(1) and Circuit Rule 32-1(e), I hereby certify that the foregoing document complies with the type-volume limitations of Federal Rule of Appellate Procedure 29(a)(5) and Circuit Rule 32-1(a). According to the word-count feature of Microsoft Word, the word-processing system used to prepare the document, the document contains 396 words, excluding the items that may be excluded under Federal Rule of Appellate Procedure 32(f).

I further certify that the foregoing brief complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman font, a proportionally spaced typeface.

Dated: March 14, 2025 /s/ George F. Carpinello

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

Dated: March 14, 2025                                    /s/ George F. Carpinello