UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-7157

**Case Name** Jackson-Jones v. Epoch Everlasting Play, LLC, et al.

**Hearing Location** (*city*) Pasadena

**Your Name** James F. Speyer

List the sitting dates for the two sitting months you were asked to review:

August 11 - 15, August 18 - 22, and September 15 - 19.

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I will be out of the country on a pre-paid vacation and unavailable on September 15 and 16. We have discussed October dates with plaintiff's counsel, and we are all available for all of the October Pasadena dates.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/James F. Speyer **Date** April 24, 2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** New 12/01/2018